IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN BURNS,

      Plaintiff,                    No. CIV S-06-0430 MCE PAN P

    vs.

T. FELKER, et al.,

      Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        By order filed March 1, 2006, plaintiff's complaint was dismissed and 30 days' leave to file an amended complaint was granted. The 30-day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 20 days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

/////

1  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: April 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\burn0430.fta