1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD WILLIAMS,

11           Plaintiff,                    No. CIV S-05-0501 MCE PAN P

12      vs.

13   T. FELKER,

14           Defendants.

15   _____/

16

17   BRIAN BURNS,

18           Plaintiff,                    No. CIV S-06-0430 MCE PAN P

19      vs.

20   T. FELKER,

21           Defendants.

22   _____/          <u>ORDER</u>

23           On March 1, 2006, this court issued an order severing the claims of plaintiff Brian

24   Burns from those of plaintiff Donald Williams.  On March 10, 2006, plaintiff Burns filed a

25   document  styled as a motion for an extension of time and an objection to the severance order,

26   and on March 17, 2006, he filed a request for a copy of the complaint.  Both filings bore the case

1

1 | number assigned to plaintiff Donald Williams.  Plaintiff Burns is advised that future filings

2 | regarding his civil rights actions must bear the appropriate corresponding case number (CIV S-

3 | 06-0430 MCE PAN P).

4 |         Accordingly, IT IS HEREBY ORDERED that:

5 |         1.  The Clerk of the Court is directed to transfer plaintiff Burns' documents dated

6 | March 10, 2006, and March 16, 2006, from case No. CIV S-05-0501 MCE PAN P to case No.

7 | CIV S-06-0430 MCE PAN P.

8 |         2.  Plaintiff Burns is ordered to file all future documents in his civil rights action

9 | with the appropriate case number (CIV-S-06-0430 MCE PAN P).

10 | DATED: July 31, 2006.

11

12 | _____
UNITED STATES MAGISTRATE JUDGE

13

14 | 14
15 | burn0430.order

16

17

18

19

20

21

22

23

24

25

26